UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 2:15-cr-114-FtM-99CM

MARCEL WASHINGTON
_____

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) for a preliminary order of forfeiture for the following property:

      a.      A High Point 9 mm firearm, Serial Number P1394333; and

      b.      Eight rounds of 9mm CCI ammunition.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, the defendant has been found guilty of being a convicted felon in possession of the firearm and ammunition described above, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Indictment; and

WHEREAS, the United States has established the requisite nexus between the defendant's crime of conviction and the property identified above, the government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

**DONE AND ORDERED** in Fort Myers, Florida, on March 2, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties\Counsel of Record

2